Yogout Tashjian, Appellant, *v.* Jack N. Khorigian, Respondent.

Supreme Court, Appellate Term, First Department, November 2, 1944.

*David S. Romanov* and *Dicran Simsarian* for appellant.

*Elias Aronson* for respondent.

Memorandum *Per Curiam.* The letter of defendant (Plaintiff's Exhibit 2A) was a sufficient acknowledgment of the debt to take the case out of the Statute of Limitations.

The judgment should be reversed, with thirty dollars costs, and judgment directed for plaintiff as prayed for in complaint, with costs.

McLaughlin, Eder and Hecht, JJ., concur.

Judgment reversed, etc.